# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. FRED SCHUBERT,<br><br>  Plaintiff,<br><br>  v.<br><br>KONINKLIJKE PHILIPS ELECTRONICS N.V. and PHILIPS LUMILEDS LIGHTING COMPANY LLC,<br><br>  Defendants. | Civil Action No. 1:12-cv-00924-GMS<br><br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that (1) Defendants' counsel has agreed to accept service of the Complaint dated July 18, 2012 for all Defendants, and, accordingly, (2) the time for all defendants to answer, move or otherwise respond to that Complaint is extended until November 7, 2012.  The reason for this request is to provide time for defendants to review the allegations of the complaint and prepare a response.

Respectfully submitted,

| | |
|---|---|
| FARNAN LLP | COOCH AND TAYLOR, P.A. |
| /s/ Brian E. Farnan | /s/ C. Scott Reese |
| Brian E. Farnan (#4089) | C. Scott Reese, Esq. (#2036) |
| 919 North Market Street, 12th Floor | 1000 West Street, 10th Floor |
| Wilmington, DE  19801 | P.O. Box 1680 |
| Tel:  (302) 777-0300 | Wilmington, DE 19899-1680 |
| bfarnan@farnanlaw.com | Tel: (302) 984-3800 |
| | sreese@coochtaylor.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Gregory M. Sleet