**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| E. FRED SCHUBERT,　　　　　　　　　　) <br><br> Plaintiff,　　　　　　　　　　　　　) <br><br> v.　　　　　　　　　　　　　　　　) <br><br> LUMILEDS LLC,　　　　　　　　　　) <br><br> Defendants.　　　　　　　　　　　) | C.A. No. 12-924-MN <br><br> **JURY TRIAL DEMANDED** <br> **PUBLIC VERSION** <br> **FILED JULY 1, 2020** |

**DECLARATION OF MICHAEL A. MOLANO IN SUPPORT OF**
**LUMILEDS LLC'S MOTION FOR EXTENSION OF**
**TIME AND LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**

MAYER BROWN LLP

Edward D. Johnson (*pro hac vice*)
Michael A. Molano (*pro hac vice*)
Cliff A. Maier (*pro hac vice*)
Graham (Gray) Buccigross (*pro hac vice*)
3000 El Camino Real
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
(650) 331-2000

COOCH AND TAYLOR

C. Scott Reese, Esq. (#2036)
Blake A. Bennett, Esq. (#5133)
The Nemours Building,
1007 N. Orange Street, Suite 1120
P.O. Box 1680
Wilmington, DE  19899-1680
(302) 984-3800
sreese@coochtaylor.com
bbennett@coochtaylor.com

I, Michael A. Molano, declare as follows:

1.        I am an attorney at the law firm of Mayer Brown LLP.  I have been admitted *pro hac vice* by the United States District Court of the District of Delaware for the purpose of participating in this action as an attorney of record for Defendant Lumileds LLC ("Lumileds"). I submit this declaration in support of Lumileds' Motion for Extension of Time and Leave to Conduct Jurisdictional Discovery.  I have personal knowledge of the facts set forth below, and could testify competently to them if called to do so.

2.        Attached hereto as Exhibit A is a true and correct copy of a letter from Janine Anderson of Boston University to Carol Petrosky at the Office of Naval Research and Walda Jacobs at the National Science Foundation, on November 27, 2009, bearing production number BU000451.

3.        Attached hereto as Exhibit B is a true and correct copy of a memorandum from Ashley Stevens of Boston University to the Charles River Campus Patent Committee, Subject: Recommendation to return invention BU98-11 "Crystallographic Wet Chemical Etching of GaN" to Professor Fred Schubert, currently of Rensselaer Polytechnic Institute, dated February 22, 2010, bearing production numbers BU000447-448.

4.        Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Petition to Accept Unintentionally Delayed Payment of Maintenance Fees in an Expired Patent, filed with the United States Patent and Trademark Office on April 22, 2010 by Matthew Connors, bearing production numbers PHILIPS-SCHUBERT009136-37.

5.        Attached hereto as Exhibit D is a true and correct copy of a public report from Lex Machina reflecting patent cases filed in the United States from 2010 to 2012.

6.      Attached hereto as Exhibit E is a true and correct copy of the District of Delaware's denial of venue transfer in *E. Fred Schubert v. Cree, Inc.*, 12-922-GMS, dated February 14, 2013.

7.      Attached hereto as Exhibit F is a true and correct copy of the District of Delaware's denial of venue transfer in *E. Fred Schubert v. OSRAM AG, Osram Opto Semiconductors GMBH, Osram Opto Semiconductors, Inc., and Osram Sylvania Inc.*, 12-923-GMS, dated February 14, 2013.

8.      Attached hereto as Exhibit G is a true and correct copy of a report from Docket Navigator on June 15, 2020, searching for E. Fred Schubert.

9.      Attached hereto as Exhibit H is a true and correct copy of an e-mail from Plaintiff E. Fred Schubert to Janine Anderson of Boston University dated December 31, 2011, enclosing an annual report on two patents, including the '475 Patent, bearing production numbers EFS00006462-63.

10.     Attached hereto as Exhibit I is a true and correct copy of an annual report from Plaintiff E. Fred Schubert to Sean Lee and Janine Anderson of Boston University dated December 31, 2010, bearing production number EFS00007300.

11.     Attached hereto as Exhibit J is a true and correct copy of a letter from Daniel Ladow at Troutman Sanders to Julie A. Garceran, counsel for Cree, Inc., subject: Schubert/Cree Patent License and Settlement Agreement: Confidentiality Rider for Boston University, dated May 17, 2013, bearing production numbers EFS00019584-85.

12.     Attached hereto as Exhibit K is a true and correct copy of an e-mail from Michael Pratt, Managing Director of Boston University's Office of Technology Development, to

Kenneth Lutchen, Thomas Bifano, Crystal Talley, and Gloria Waters, also of Boston University, dated April 19, 2019, bearing production number BU001354.

13.     Attached hereto as Exhibit L is a true and correct copy of an e-mail from Plaintiff E. Fred Schubert to Michael Pratt, Ken Zwicker and Susan Mulrean, dated November 16, 2018, bearing production numbers BU001300-1305.

14.     Attached hereto as Exhibit M is a true and correct copy of the Lumileds' First Set of Requests for Production to Trustees of Boston University served on Boston University on June 4, 2020.

15.     Attached hereto as Exhibit N is a true and correct copy of the Subpoena issued to Boston University and served on Boston University's counsel on June 4, 2020, and served on Boston University directly on June 8, 2020.

16.     Attached hereto as Exhibit O is a true and correct copy of Lumileds' 30(b)(6) Deposition Notice to Boston University, served on Boston University on June 12, 2020.

17.     Attached hereto as Exhibit P is a true and correct copy of the Subpoena issued to Boston University seeking testimony on the same issues raised in Exhibit O, served on June 12, 2020.

18.     Attached hereto as Exhibit Q is a true and correct copy of a letter from Lumileds' counsel, Gray Buccigross, to Boston University's counsel, Michael Rader on June 4, 2020.

19.     Attached hereto as Exhibit R is a true and correct copy of an e-mail from Boston University's counsel, Michael Rader, to Lumileds' counsel, Gray Buccigross on June 5, 2020.

20.     Attached hereto as Exhibit S is a true and correct copy of Lumileds' First Set of Interrogatories to Trustees of Boston University, served on Boston University on June 4, 2020.

4

5

21.     Attached I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on June 15, 2020 in Menlo Park, California

> /s/ Michael A. Molano
>
> Michael A. Molano (*pro hac vice*)
> MAYER BROWN LLP
> 3000 El Camino Real
> Two Palo Alto Square, Suite 300
> Palo Alto, CA  94306