**PUBLIC VERSION
FILED JULY 1, 2020**



ATTORNEYS ♦ A PROFESSIONAL ASSOCIATION

**Blake A. Bennett
Director**
302.984.3889
bbennett@coochtaylor.com

**Originally filed:**
June 15, 2020

**VIA CM-ECF**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 19
Wilmington, DE 19801-3569

   **RE:** *Schubert v. Lumileds LLC.*
      *C.A. No: 1:12-cv-00924-MN*

Dear Judge Noreika:

  Defendant Lumileds LLC ("Lumileds") respectfully requests expedited consideration of its Motion for Extension of Time and Leave to Conduct Jurisdictional Discovery (the "Motion"). The Motion requests an extension from June 23 to **July 20, 2020** of Lumileds' deadline to oppose the motion to dismiss filed by Counterclaim Defendant Trustees of Boston University ("BU")(D.I. 114). This would enable Lumileds to complete pending discovery limited to specific jurisdiction and inequitable conduct before opposing BU's motion.

  While BU's motion raises other issues, it primarily asserts lack of personal jurisdiction. Mindful of the August 11, 2020 fact discovery cutoff, and anticipating BU's jurisdictional challenge, Lumileds issued jurisdictional and other written discovery to BU on June 4, before BU filed its motion. BU's production and responses are due July 6, and Lumileds has already noticed BU's Rule 30(b)(6) deposition for July 13.

  Lumileds' claim of personal jurisdiction is substantiated. BU and Plaintiff Schubert conspired to fraudulently revive the asserted '475 patent and exploit it in three Delaware lawsuits, netting [REDACTED] for BU and

**The Honorable Maryellen Noreika**  **Cooch and Taylor P.A.**
**June 15, 2020**
**Page 2**

subjecting Lumileds to the expense of defending against enforcement of a fraudulently revived patent in Delaware. As explained in Lumileds' Motion, BU's and Schubert's concerted conduct confers specific personal jurisdiction under both the conspiracy doctrine and the effects test. Lumileds expects the narrowly tailored jurisdictional discovery to show the full scope of BU's conspiracy with Schubert to exploit the patent in Delaware, and BU's specific approval and potential control over the decision to file the three Delaware enforcement suits.

Accordingly, we respectfully request expedited consideration of Lumileds' Motion, and thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Blake A. Bennett*

Blake A. Bennett (#5133)

BAB/cls
cc:   All counsel of record (via CM-ECF)