## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. FRED SCHUBERT,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>LUMILEDS LLC,<br><br>Defendant and Counterclaimant. | C.A. No. 1:12-cv-924-MN<br><br>**JURY TRIAL DEMANDED**<br><br>**Confidential – Filed Under Seal** |

### DECLARATION OF MICHAEL A. MOLANO IN SUPPORT OF LUMILEDS LLC'S OPENING BRIEF IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT AND TO PRECLUDE EXPERT OPINIONS

**MAYER BROWN LLP**

Edward D. Johnson
Donald M. Falk
Michael A. Molano
Cliff A. Maier
Graham (Gray) M. Buccigross
Two Palo Alto Square, Ste. 300
3000 El Camino Real
Palo Alto, CA 94306
Tel: 650-331-2000

Gregory J. Apgar
1221 Avenue of the Americas
New York, NY 10020
Tel: 212-506-2500

Priya A. Desai
71 S. Wacker Drive
Chicago, IL 60611
Tel: 312-782-0600

**COOCH AND TAYLOR**

C. Scott Reese (#2036)
Blake A. Bennett (#5133)
The Nemours Building,
1007 N. Orange Street, Ste. 1120
Wilmington, DE 19899-1680
Tel: (302) 984-3800

Dated: January 29, 2021

I, Michael A. Molano, declare as follows:

1. I am an attorney at the law firm of Mayer Brown LLP. I have been admitted *pro hac vice* by the United States District Court of the District of Delaware for the purpose of participating in this action as an attorney of record for Defendant and Counterclaimant Lumileds LLC ("Lumileds"). I submit this declaration in support of Lumileds' Opening Brief in Support of its Motions for Summary Judgment and to Preclude Expert Opinions. I have personal knowledge of the facts set forth below, and could testify competently to them if called to do so.

2. Attached hereto is Lumileds' Appendix to its Opening Brief in Support of its Motions for Summary Judgment and to Preclude Expert Opinions. The Appendix contains true and correct copies of the documents listed in the Table of Contents to the Appendix, and as described in the Table of Contents.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 29, 2021 in Palo Alto, California.

                                           */s/ Michael A. Molano*
                                           Michael A. Molano (*pro hac vice*)
                                           MAYER BROWN LLP
                                           3000 El Camino Real
                                           Two Palo Alto Square, Suite 300
                                           Palo Alto, CA 94306

739710322