# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. FRED SCHUBERT,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>LUMILEDS LLC,<br><br>    Defendant and Counterclaimant. | C.A. No. 1:12-cv-924-MN<br><br>**JURY TRIAL DEMANDED**<br><br>**Confidential – Filed Under Seal** |

**LUMILEDS LLC'S CONCISE STATEMENT OF FACTS IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF
<u>CLAIMS 1-2, 4, 11-14, AND 16 OF U.S. PATENT NO. 6,294,475</u>**

Pursuant to the Court's Scheduling Order (D.I. 70 ¶ 15(b)), Defendant Lumileds LLC submits this Concise Statement of Facts in support of its Motion for Summary Judgment of Invalidity.

739845358

1.       The application that led to United States Patent No. 6,294,475 (the "'475 Patent") was filed on June 23, 1999. *See* Ex. 5[1] at 1.

2.       The '475 Patent claims priority to provisional application No. 60/090,409, which was filed on June 23, 1998. *See* Ex. 5 at 1

3.       The '475 Patent is directed to methods of processing III-Nitride epitaxial layers formed on a substrate. *See* Ex. 5 at Abstract.

4.       "III-Nitrides" are materials that comprise nitrogen and an element from group III of the periodic table, and include gallium nitride ("GaN"), aluminum nitride, and indium nitride. *See* Ex. 5 at 1:21-24; Ex. 45 ¶ 14.

5.       The methods of "processing a III-Nitride epitaxial layer system" recited in claims 1, 11, and 13 of the '475 Patent encompass epitaxial layer systems that do not include GaN. *See* Ex. 52 at 44:5-24, 45:24-46:10, 46:22-47:8.

6.       The methods of "processing a III-Nitride epitaxial layer system" recited in the asserted claims of the '475 Patent encompass epitaxial layer systems that are not capable of producing a commercially viable LED device. *E.g.*, Ex. 51 at 261:17-24; Ex. 52 at 54:18-24.

7.       At the time of the invention, it was not known that there was any difference in the ability of the Ga-polar and N-polar faces of GaN to be etched. *See* Ex. 52 at 40:9-41:2, 72:21-73:8; Ex. 51 at 262:21-263:17; D.I. 136 (5/8/20 Hearing Tr.) at 29:4-8.

8.       The paper *Chemical Etching of Gallium Nitride,* Transactions of the V.I. Ulyanov (Lenin) Order of Lenin Leningrad Electrotechnical Institute, Collection of Scientific Papers, No.

---

[1] Exhibits to this statement are attached to the Declaration of Michael Molano, filed herewith.

338, 1984, L.A. Marasina et. al. ("Marasina"), was published in 1984 by the Ministry of Higher and Secondary Special Education RSFSR. *See* Ex. 1.

9. Marasina is prior art to the '475 Patent under pre-AIA 35 U.S.C. § 102(a) and (b).

10. Marasina discloses a study of the kinetics of processes involving the etching of epitaxial GaN layers that were "obtained with a chloride-hydride system on sapphire substrates and had an orientation along planes (0001) and (11$\bar{2}$0)." Ex. 1 at 35.

11. Marasina discloses the wet etching of epitaxial GaN in aqueous KOH and in orthosphoric acid ($H_3PO_4$). *See* Ex. 1 at 36-37.

12. Marasina discloses etching results in which "hexagonal etching figures appear on the surface of the layers for the orientation (0001), and near ellipsoidal figures appear for the orientation (11$\bar{2}$0)." Ex. 1 at 37.

13. Marasina discloses etching of epitaxial GaN that proceeded at different rates depending on the crystal plane being etched. *See* Ex. 1 at 36 ("Etch rate" table column).

14. Marasina discloses a temperature range of 20-200°C for the liquid $H_3PO_4$ etchant, and a temperature range of 20-120°C for the liquid KOH etchant. *See* Ex. 1 at 35-36.

15. At his deposition, Dr. Shealy testified that images in Figure 2 of the Gao-II paper (as defined in his Opening Report), represent crystallographic etching because "They show hexagonal pyramids with the {1001}, {1001bar} facets." Ex. 52 at 179:13-180:16; *see* Ex. 6 at Fig. 2.

16. The paper *Highly anisotropic photoenhanced wet etching of* n-*type GaN*, <u>Applied Physics Letters</u>, 71 (15), Youtsey et al. ("Youtsey"), was published on October 13, 1997. *See* Ex. 2.

17. Youtsey is prior art to the '475 Patent under pre-AIA 35 U.S.C. § 102(a).

18. Youtsey discloses wet photoelectrochemical (PEC) etching of epitaxially grown *n*-type GaN, using a 0.04 M KOH solution and Hg arc lamp illumination. Ex. 2 at 2151, 2153; Ex. 61 ¶ 197.

19. The surfaces shown in Youtsey's Figure 3 (highlighted with red and yellow arrows) are non-c-plane surfaces and are exposed during the wet PEC etching process:

 

FIG. 3. GaN etch profile (2.5 μm etch depth).  FIG. 3. GaN etch profile (2.5 μm etch depth).

Ex. 2 at Fig. 3; Ex. 51 at 219:19-223:13.

20. Youtsey's wet PEC etch creates an undercut in the surfaces (highlighted with red and yellow arrows) shown in Youtsey's Figure 3:

 

FIG. 3. GaN etch profile (2.5 μm etch depth).  FIG. 3. GaN etch profile (2.5 μm etch depth).

Ex. 2 at Fig. 3; Ex. 51 at 225:4-7, 226:2-11.

21. The '475 Patent's specification states: "A crystallographic etch produces undercut walls 1010, 102 and atomically smooth surfaces 1014." Ex. 5 at 5:13-15.

3

22. Dr. Schubert stated in his expert report: "However, when PEC etching is used on non-c-planes of a GaN epitaxial layer system, the PEC etching is widely acknowledged to be crystallographic in nature." Ex. 46 ¶ 132.

23. Dr. Shealy stated in his opening report: "By way of the '475 patent and later publications, it is now well known that the use of ▮, alone or together with ▮, produced crystallographic etching of the ▮ of GaN." Ex. 43 ¶ 88.

| | |
|---|---|
| DATED: January 29, 2021 | **COOCH AND TAYLOR** |
| **OF COUNSEL** | By: /s/ Blake A. Bennett |
| | Blake A. Bennett (#5133) |
| Mayer Brown LLP | C. Scott Reese (#2036) |
| | The Nemours Building, |
| Edward D. Johnson | 1007 N. Orange Street, Ste. 1120 |
| Donald M. Falk | Wilmington, DE 19899-1680 |
| Michael A. Molano | Tel: (302) 984-3800 |
| Cliff A. Maier | |
| Graham (Gray) M. Buccigross | *Attorneys for Defendant Lumileds LLC* |
| Two Palo Alto Square, Ste. 300 | |
| 3000 El Camino Real | |
| Palo Alto, CA 94306 | |
| Tel: 650-331-2000 | |

Gregory J. Apgar
1221 Avenue of the Americas
New York, NY 10020
Tel: 212-506-2500

Priya A. Desai
71 S. Wacker Drive
Chicago, IL 60611
Tel: 312-782-0600

4